4:15-cv-04005-SLD-JEH   # 1   Page 1 of 3

E-FILED
Thursday, 15 January, 2015 03:45:29 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 1 5 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLASS ACTION SUIT

January 14, 2015

STATES ATORNEY MS.LISA MEDAGUN\ILLINOIS

THE RESIDENTS OF SPENCER TOWERS

    VS.

HUD AND ROCK ISLAND HOUSING AUTH. AND

LAURA PETERSON\GM

BECAUSE OF EXCESSIVE DUST, THAT CAUSE BREATHING PROBLEMS,AND MANY RESIDENTS HAVE SUCH PROPLEMS.FROM COPD,ALLERGIES OTHER BREATHING ALIMENTS.THIS SUIT IS FILED IN FEDERAL COURT,ROCK ISLAND,ILLINOIS 61201, BUT TO THE ILLINOIS 14 DAY LAW ,WRONG EVICTION PRACTICES,IN THE WINTER THAT ENDAGER SENOIRS AND LIKE,THIS PRACTICES NEED CHANGED,TO 30 DAY AND OUT.THE STRESS THAT RIHA PUTS ON RESIDENTS ARE CAUSING HIGH BLOOD,

PRESSURE,UNTOLD HARDSHIPS,SO WE ASK THAT YOU, FEDERAL JUDGE INTURVINE FOR THE SENIORS, AND RESIDENTS OF SPENCER TOWERS RESIDENTS.THIS WAS FAXED TO MS.LISA MEDIGAN\STATES ATTORNEY\ILLINOIS IT WILL BE FAXED TO THE WHITEHOUSE ALSO.

THE ALL RESIDENTS OF SPENCER TOWERS,ARE THE ONES THAT STARTED THIS CLASS ACT SUIT .FILED IN FEDERAL COURT,ROCK ISLAND,ILLINOIS



PRINTING • SIGNS • VEHICLE GRAPHICS • T-SHIRTS
Stecker Graphics
325 18th St. • 2529 5th Ave.
Rock Island, Illinois
309.786.4973 or 309.283.7623
www.steckergraphics.com

Send case # to ARCP 111 20th Street #927 Rock Island,IL 61201

APCO
111 20th STReet #927
Rock Island, IL
61201

CleRk of U.S. CouRt
211 19th STReet
Rock Island, IL
61201

RECEIVED
JAN 15 2015
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS